UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ESTATE OF SHANNON J. PAYNE,
By its Special Administrator,
CHRISTOPHER MEISEL,

        Plaintiff,         CASE NO. 20-CV-512

v.

DANE COUNTY, SHERIFF DAVID J.
MAHONEY, ABC INSURANCE COMPANY,
and JOHN DOES 1-20,

        Defendants.

## NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

Dane County, Sheriff David J. Mahoney, ABC Insurance Company, and John Does 1-20 (collectively, "County Defendants"), by their attorneys, MUNICIPAL LAW & LITIGATION GROUP, S.C., respectfully move the Court for an Order dismissing all causes of action alleged against them in the above-captioned matter pursuant to Fed. R. Civ. P. 56.

This Motion is based on the pleadings on file, the County Defendants' Brief in Support of their Motion for Summary Judgment, the County Defendants' Proposed Findings of Fact in Support of their Motion for Summary Judgment, and the Affidavits of Matteo Reginato, Luke Deibele, and Kerry Porter.

Dated this 11th day of November, 2021.

        **MUNICIPAL LAW & LITIGATION GROUP, S.C.**
        Attorneys for Dane County, Sheriff David J. Mahoney, ABC Insurance Company and John Does 1-20.

        By: */s/ Matteo Reginato*
            REMZY D. BITAR

1

2

State Bar No: 1038340
MATTEO REGINATO
State Bar No:  1089724

730 N. Grand Avenue
Waukesha, WI 53186
O: (262) 548-1340
F: (262) 548-9211
E: rbitar@ammr.net
mreginato@ammr.net

2