STATE OF WISCONSIN     CIRCUIT COURT BRANCH 12     DANE COUNTY     For Official Use Only

State of Wisconsin vs. Shannon J Payne

**Judgment of Conviction**

Sentence Withheld, Probation Ordered

FILED
01-27-2014
CIRCUIT COURT
DANE COUNTY, WI

Date of Birth: 06-25-1979

Case No. 2013CF002122

IT IS ADJUDGED that 0 days sentence credit are due pursuant to §973.155, Wisconsin Statutes

IT IS ORDERED that the Sheriff shall deliver the defendant into the custody of the Department

BY THE COURT:

Distribution:
David T Flanagan, Judge
Cara J Throckmorton, District Attorney
Diana M Van Rybroek, Defense Attorney

Electronically signed by Dawn Willison
Circuit Court Judge/Clerk/Deputy Clerk

January 27, 2014
Date

CR-212(CCAP), 08/2011 Judgment of Conviction, DOC 20, (08/2007)    §§ 939.50, 939.51, 972.13, Chapter 973, Wi
This form shall not be modified. It may be supplemented with additional material.

EXHIBIT 2

STATE OF WISCONSIN    CIRCUIT COURT BRANCH 12    DANE COUNTY

For Official Use Only

633483

State of Wisconsin vs. Shannon J Payne

**Judgment of Conviction**
Sentence Withheld, Probation Ordered

FILED
01-27-2014
CIRCUIT COURT
DANE COUNTY, WI

Date of Birth: 06-25-1979

Case No. 2013CF002122

The defendant was found guilty of the following crime(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 1 | [939.62(1)(b) Repeater] Child Abuse-Intentionally Cause Harm | 948.03(2)(b) | Guilty | Felony H | 10-22-2013 | | 01-14-2014 |

IT IS ADJUDGED that the defendant is guilty as convicted and sentenced as follows:

| Ct. | Sent. Date | Sentence | Length | Agency | Comments |
|---|---|---|---|---|---|
| 1 | 01-14-2014 | Probation, sent withheld | 36 MO | Department of Corrections | |

**Conditions of Sentence or Probation**
Obligations: (Total amounts only)

| Fine | Court Costs | Attorney Fees | ☐ Joint and Several Restitution | Other | Mandatory Victim/Wit. Surcharge | 5% Rest. Surcharge | DNA Anal. Surcharge |
|---|---|---|---|---|---|---|---|
| | 163.00 | | | 113.00 | 92.00 | | 250.00 |

Conditions

| Ct. | Condition | Agency/Program | Comments |
|---|---|---|---|
| 1 | Costs | | $250 DNA surcharge remitted. $368 to be collected by the Dept of Corrections. Court financial obligations shall be paid at the rate of 25% of the prison wages and work release funds. Restitution shall be paid pursuant to separate court order. The balance remaining at release from prison be paid as a condition of extended supervison or parole at a rate determined by the supervising agent. |
| 1 | Alcohol treatment | | AODA and treatment as recommended. |
| 1 | Drug treatment | | AODA and treatment as recommended. |
| 1 | Prohibitions | | Defendant shall not use/possess drug paraphernalia and/or controlled substances without a valid prescription. Maintain absolute sobriety. Defendant shall not have any contact, direct or indirect, with SAM, MM & KF unless PO agent approves in writing. No physical discipline of any juvenile. |
| 1 | Other | | Completion of certified domestic violence treatment if agent thinks appropriate. Complete parenting classes. Defendant advised of requirement to provide DNA sample. Random UA & BA testing at discretion of agent. Any other conditions DOC, Probation/Parole Department may impose. |

Pursuant to §973.01(3g) and (3m) Wisconsin Statutes, the court determines the following:
The Defendant is ☐ is not ☐ eligible for the Challenge Incarceration Program.
The Defendant is ☐ is not ☐ eligible for the Substance Abuse Program.

The following charges were Dismissed but Read In

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Date(s) Read In |
|---|---|---|---|---|---|---|
| 2 | Intimidate Victim/As a Repeater | 940.45(5) | | Felony G | 10-22-2013 | 01-14-2014 |

CR-212(COAP), 08/2011 Judgment of Conviction, DOC 20, (08/2007)     §§ 939.50, 939.51, 972.13, Chapter 973, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.     Page 1 of 2

# REVOCATION ORDER AND WARRANT



**STATE OF WISCONSIN**
**DIVISION OF HEARINGS AND APPEALS**

#10106

TO THE ATTENTION OF ANY PAROLE OFFICER, PROBATION OFFICER, PEACE OFFICER OR ANY OFFICER authorized to serve criminal process and to the SUPERINTENDENT or OTHER PERSON in charge of any jail, penitentiary, lockup or other place of detention:

In the matter of:

| Client Name: Shannon Payne (6/25/1979) | | | | Case (Client) Number 111915-387596-A | |
|---|---|---|---|---|---|
| Status Being Revoked | Date Client Granted Status | Committing Court | County of Commitment | Court Case # | Return to Court |
| Probation | 01/14/14 | Cir. Br. 12 | Dane | 13CF2122 | Yes |

WHEREAS, the above-named was granted the status(es) noted above,

AND WHEREAS, on May 27, 2015 the above-named violated the conditions of such status(es) as determined by the Division on March 18, 2016.

THEREFORE, in accordance with the provisions of Chapter 304 and/or Chapter 973 of the Wisconsin Statutes, it is now ordered that said probation(s), parole(s) and/or mandatory release parole(s) be and hereby is (are) revoked effective the date of this order.

YOU ARE COMMANDED, in the name of the State of Wisconsin, and this shall be your authority to execute this order to apprehend and hold said probationer/parolee for the following disposition:

☐ Return to the Wisconsin Dodge Correctional Institution.

☒ Return to the above-noted Wisconsin Court(s) for sentencing pursuant to §973.10(2) or for commitment pursuant to §975.06 of the Wisconsin Statutes.

☐ Return to the County Jail.

AND YOU, the Superintendent of said institution, are hereby authorized and directed to receive the aforesaid and keep him/her until discharged pursuant to law.

Witness my hand and the Seal of the Wisconsin Division of Hearings and Appeals at Madison, Wisconsin, this

**15th day of April, 2016**

Recommended Jail Credit:
07/15/14 to 07/18/14; 12/09/14 to 12/11/14; 01/10/15 to 01/15/15; 11/19/15 until his return to court

*Diane E. Norman* (signature)

Division of Hearings and Appeals
Diane E. Norman, Assistant Administrator

| Jail Credit Due # Days | From | Thru | Period of Reincarceration/Reconfinement (ch. 302, Wis. Stats.) Yrs Mos Days |
|---|---|---|---|
| | | | Amount of Good Time Forfeited Yrs Mos Days |
| | | | Is Good Time To Be Earned on Forfeited Good Time? Yes   No |
| | | | Tolled Time (if applicable) Yrs Mos Days |

*If yes, attach copy of findings/waiver to Court's copy of Revocation Order & Warrant

**Sheriff Prisoner Records   ps22**

**To:** Miller, Kristina K - DOA
**Subject:** RE: Shannon Payne DOC#387596

Thank-you.
I have just received a court ordered release for Mr. Shannon Payne signed by Judge Valerie Riley-Bihn.
We will be releasing subject from our custody today.
Jail Records
Peggy Murphy

**From:** Miller, Kristina K - DOA [mailto:Kristina.Miller@wisconsin.gov]
**Sent:** Wednesday, December 28, 2016 12:02 PM
**To:** Sheriff Prisoner Records ps22
**Subject:** RE: Shannon Payne DOC#387596

Good afternoon,

Mr. Payne had filed a writ and the circuit court affirmed our decision and upheld his revocation as of December 22, 2016. The Division of Hearings and Appeals will not be issuing an Order to Vacate since our decision was affirmed.

Thank you,

Kristina Miller
Legal Associate
Division of Hearings and Appeals
(608) 266-3724

**From:** DHA Mail
**Sent:** Wednesday, December 28, 2016 11:18 AM
**To:** Miller, Kristina K - DOA
**Subject:** FW: Shannon Payne DOC#387596
**Importance:** High

**From:** Sheriff Prisoner Records ps22 [mailto:sheriff.ps22@danesheriff.com]
**Sent:** Wednesday, December 28, 2016 11:01 AM
**To:** DHA Mail
**Subject:** Shannon Payne DOC#387596
**Importance:** High

Pete Gapinski our jail liasons spoke to Regional Chief regarding Shannon Payne.

I understand that your agency will not vacate the Revocation Order and Warrant for Mr. Payne.
Can you please send that in writing for my file on him.
Thank-you
Jail Records
Peggy
608 284-6073

633483

1

| STATE OF WISCONSIN | CIRCUIT COURT<br>BRANCH 3 | DANE COUNTY |
|---|---|---|

STATE OF WISCONSIN

Petitioner

vs.

SHANNON J PAYNE

Respondent

**FILED**

DEC 28 2016

DANE COUNTY CIRCUIT COURT

Case No. 13 CF 2122

## ORDER

Upon the circumstances presented to the Court <u>ex parte</u>, the Court now orders the release from custody of Shannon J. Payne, who is currently in Meirter ICU.

Dated this 28 day of December, 2016.

By the Court:

*/s/ Valerie L. Bailey-Rihn*

Judge Valerie L. Bailey-Rihn
Dane County Circuit Court, Branch 3

1