IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ESTATE OF SHANNON J. PAYNE, by its Special Administrator, Christopher Meisel,

    Plaintiff,

v.

Case No. 20-cv-512-wmc

DANE COUNTY, SHERIFF DAVID J. MAHONEY, ABC INSURANCE COMPANY and JOHN DOES 1-20,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dane County, David J. Mahoney, ABC Insurance Company and John Does 1-20, against plaintiff Estate of Shannon J. Payne dismissing this case.

s/V. Olmo, Deputy Clerk  
Peter Oppeneer, Clerk of Court

4/11/2022  
Date